# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY A. FATH, Administratrix of the Estate of ROGER W. FATH, Deceased, | CIVIL DIVISION |
| | No: 08-cv-01216-GLL |
| Plaintiff, | |
| vs. | |
| | U.S. District Judge Gary L. Lancaster |
| BOROUGH OF CORAOPOLIS, CORAOPOLIS BOROUGH POLICE DEPARTMENT, SHAWN QUINN, JASON STEWART, JOHN HARING, TONY BARRAVECCHIO, AJ MARX, BRAD GRAHAM and GIOVANNI TRELLO, | **ELECTRONICALLY FILED** |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 23rd day of June, 2009, upon consideration of Defendants' Motion to Compel Production of Documents, and all responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

It is further ORDERED that the Children, Youth and Families shall ensure that the documents and records demanded pursuant to subpoena which was served on them on or about June 3, 2009 are produced on or before July 10, 2009 as set forth in the subpoena served by counsel for Defendants. Should there be any reason that the documents cannot be produced in a timely manner, Children, Youth, and Families is directed to advise the Court immediately and

provide the Court with an explanation as to why these documents cannot be produced in a timely manner as requested.

Furthermore, Erin Snyder shall, at a mutually convenient date and time, but not later than July 21, 2009, appear for and testify at a deposition wherein she will be questioned regarding the matters contained in Children, Youth, and Families records.

BY THE COURT:

_____
U.S. District Judge Gary L. Lancaster

12/818460.v1