IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY A. FATH, Administratrix of the Estate of ROGER W. FATH, Deceased, </br></br>                    Plaintiff, </br></br> vs. </br></br> BOROUGH OF CORAOPOLIS, CORAOPOLIS BOROUGH POLICE DEPARTMENT, SHAWN QUINN, JASON STEWART, JOHN HARING, TONY BARRAVECCHIO, AJ MARX, BRAD GRAHAM and GIOVANNI TRELLO, </br></br>                    Defendants. | CIVIL DIVISION </br></br> No: 08-cv-01216-GLL </br></br></br></br> U.S.D istrictJ udge Gary L. Lancaster </br></br> **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this  31 st  day of  July , 2009, upon consideration of Defendants' Motion for Rule to Show Cause, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that a Rule to Show Cause is hereby issued to Allegheny County Children, Youth and Families as to why the Court should not hold Allegheny County CYF in contemptf or failing to comply with this Court's June 23, 2009 Order.

Allegheny County Children, Youth and Families is hereby ORDERED to respond on or before  AUGUST 10 , 2009, in writing, explaining why Allegheny County

Children, Youth and Families failed to turn over the documents as directed in its June 23, 2009 Order.

IT IS FURTHER ORDERED thatA llegheny County Children, Youth and Families turn over all investigative files that in any way address Roger Fath, Nicole Fath and/or JoAnne Williams. This Order includes, but is not limited to, all reports authored by Allegheny County Children, Youth and Families caseworker Erin Snyder.

Finally, it is Ordered that Defense Counsel shall submit an invoice for the costs and fees associated with having to prepare the Motion for Rule to Show Cause and Proposed Order. An appropriate Order will follow directing Allegheny County to reimburse the costs and fees.

BY THE COURT:

_____
U.S. DistrictJ udge Gary L. Lancaster

12/841994.v1