**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SALLY A. FATH, Administratrix of the<br>Estate of ROGER W. FATH, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BOROUGH OF CORAOPOLIS,<br>CORAOPOLIS BOROUGH POLICE<br>DEPARTMENT, SHAWN QUINN,<br>JASON STEWART, JOHN HARING,<br>TONY BARRAVECCHIO, AJ MARX,<br>BRAD GRAHAM and GIOVANNI<br>TRELLO,<br><br>Defendants. | ) CIVIL DIVISION<br>)<br>) No: 08-cv-01216-GLL<br>)<br>)<br>)<br>)<br>) U.S. District Judge Gary L. Lancaster<br>)<br>)<br>) *ELECTRONICALLY FILED*<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 9th day of October, 2009, upon stipulation of the parties, pursuant to

F.R.C.P. 41(a), the Court Orders as follows:

1.    All Eighth Amendment claims, as well as the Borough of Coraopolis Police

Department, are dismissed from the Complaint. Furthermore, Detective AJ Marx and Officers

Brad Graham and Giovanni Trello are hereby dismissed, with prejudice; and

2.    The Clerk is instructed to amend the caption to read as follows:

SALLY A. FATH, Administratrix of the Estate of
ROGER W. FATH, Deceased,

Plaintiff,

vs.

BOROUGH OF CORAOPOLIS, d/b/a CORAOPOLIS
BOROUGH POLICE DEPARTMENT, SHAWN QUINN,
JASON STEWART, JOHN HARING, AND
TONY BARRAVECCHIO,

Defendants.

BY THE COURT:

Judge Gary L. Lancaster

12/877993.v1