IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SALLY A. FATH, Administratix of )
the Estate of                    )
ROGER W. FATH, Deceased,         )
                                 )
            Plaintiff,           )
                                 )
     v.                          )
                                 )   Civil Action No. 08-1216
BOROUGH OF CORAOPOLIS, d/b/a     )
CORAOPOLIS BOROUGH POLICE        )
DEPARTMENT, SHAWN QUINN, JASON   )
STEWART, JOHN HARING, and        )
TONY BARRAVECCHIO,               )
                                 )
            Defendants.          )

## ORDER

AND NOW, this 28th day of January, 2010, upon consideration of plaintiff's motion for reconsideration [Doc. No. 40] regarding its motion to compel [Doc. No. 19] and defendants' response thereto [Doc. No. 50], IT IS HEREBY ORDERED that, pursuant to the "reasonable time" standard set forth in Federal Rule of Civil Procedure 60(b), plaintiff's motion is DENIED as untimely. IT IS FURTHER ORDERED that even if plaintiff's motion for reconsideration was timely, plaintiff's motion would be denied because plaintiff has failed to set forth new facts or evidence that would justify the court's reconsideration of its decision on this motion.

BY THE COURT

_____, Chief J.

cc: All counsel of record