IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY A. FATH, Administratrix of the Estate of ROGER W. FATH, deceased, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 08-1216 |
| vs. | ) ) ) CHIEF UNITED STATES ) DISTRICT JUDGE GARY L. ) LANCASTER ) |
| BOROUGH OF CORAOPOLIS, CORAOPOLIS BOROUGH POLICE DEPARTMENT, et. al. Defendants. | ) PLAINTIFF'S PETITION ) REQUESTING ORAL ) ARGUMENT ON CROSS- ) MOTIONS FOR SUMMARY ) JUDGMENT. |

ORDER OF COURT.

AND NOW, this __23rd__ day of February, 2010, upon consideration of the Plaintiff's request for oral argument on the parties' Cross-Motions for Summary Judgment, it is hereby **ORDERED** that the request is **GRANTED**.

Oral Argument is hereby scheduled for the __2ND__ day of __MARCH__, 2010, at __1:30__ ~~a.m.~~/p.m., before the undersigned.

BY THE COURT:

Gary L. Lancaster
Chief Judge, Western District