IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY A. FATH, Administratrix of the Estate of ROGER W. FATH, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BOROUGH OF CORAOPOLIS d/b/a CORAOPOLIS BOROUGH POLICE DEPARTMENT, SHAWN QUINN, JASON STEWART, JOHN HARING AND TONY BARRAVECCHIO,<br><br>Defendants. | CIVIL DIVISION<br><br>No: 08–1216<br><br><br>Chief U.S. District Judge Gary L. Lancaster<br><br><br>**ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this 9th day of April, 2010, upon consideration of Defendants' Motion for Leave to supplement their Pretrial Narrative Statement and there being no objection by Plaintiff's counsel, IT IS HEREBY ORDRED that the motion is GRANTED.

Defendants may supplement their Pretrial Narrative Statement with the expert report of Wayne K. Ross, M.D. no later than April 16, 2010.

BY THE COURT:

s/Gary L. Lancaster

_____, C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge